**Andrew G. CLARK, Plaintiff-Appellant,**

v.

**WELLS FARGO BANK, NA; et al., Defendants-Appellees.**

No. 17-35247

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 21, 2017

Andrew G. Clark, Pro Se

Sharon C. Peters, Attorney, Lewis Brisbois Bisgaard & Smith LLP, Portland, OR,

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Christian Joseph Rowley, Esquire, Attorney, Seyfarth Shaw LLP, San Francisco, CA, for Defendant-Appellee Wells Fargo Bank, NA

Lauren Sommers, Benjamin James Miller, Attorneys, City of Eugene, Eugene, OR, for Defendant-Appellee City of Eugene

Cecil Reniche-Smith, Assistant Attorney General, AGOR—Office of the Oregon Attorney General (Salem), Salem, OR, for Defendants-Appellees State of Oregon, Alex Gardner, Eric Hasselman

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Andrew G. Clark appeals pro se from the district court's judgment dismissing his action brought under 42 U.S.C. § 1983 and the Racketeer Influenced and Corrupt Organizations Act, alleging constitutional and statutory violations related to his arrest and prosecution for criminal stalking. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Clark failed to challenge the district court's orders dismissing his claims against defendants, and therefore Clark waived any challenge to such orders. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[A]rguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim. . . .").

Clark's motions for judicial notice (Docket Entry Nos. 13, 18, 50 and 54) and

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

motion to compel (Docket Entry No. 40) are denied.

**AFFIRMED.**